UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
MAY 11 2012
AT 8:30_____M
WILLIAM T. WALSH CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR12-178(FLW) |
| vs. | : | Hon. Tonianne J. Bongiovanni |
| CRESCENZO TERRANOVA | : | <u>DETENTION ORDER</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Edward Borden, Esq., attorney for defendant Crescenzo Terranova, for an order pursuant to 18 U.S.C. §§ 3142(e) and 3143 (a), and Fed. R. Crim. P. 32.1(a)(6), detaining defendant; and

The Court having found that no condition or combination of conditions will reasonably assure the safety of the defendant or any other person or the community;

IT IS, therefore, on this 11 day of May, 2012,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Crescenzo Terranova be committed to the custody of the Attorney General or his authorized representative pending a trial or further determination by the Court regarding bail; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Crescenzo Terranova be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Crescenzo Terranova be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Crescenzo Terranova shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Crescenzo Terranova without bail pending his trial is hereby granted, and defendant Crescenzo Terranova is hereby ordered detained pending his trial or further determination by the Court regarding bail in the above-entitled matter.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge